# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Janea M. Gillis, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00731-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael J. Astrue, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 12, 2013 Order.

July 12, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court